FILED IN
COURT OF CRIMINAL APPEALS

October 16, 2015

ABEL ACOSTA, CLERK

PD-0429-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/15/2015 9:16:56 AM
Accepted 10/15/2015 12:32:58 PM
ABEL ACOSTA
CLERK

## CAUSE NO. PD-0429-15

# IN THE COURT OF CRIMINAL APPEALS

## OF TEXAS

**FRANCISCO DURAN,**
Petitioner

v.

**STATE OF TEXAS,**
Respondent.

**On Discretionary Review from the Court of Appeals
for the Thirteenth District of Texas
Court of Appeals Cause Number 13-12-00344-CR**

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW, RESPONDENT, THE STATE OF TEXAS,** by and through the Honorable Luis V. Saenz, the Cameron County District Attorney, and files this Motion for Extension of Time to File its Appellate Brief in accordance with Texas Rules of Appellate Procedure 10.5(b), and in support thereof, would respectfully show this Honorable Court as follows:

State's Motion for Extension of Time to File Brief                    Page 1

# I. STATEMENT OF THE CASE

This is an appeal, by Appellant, FRANCISCO DURAN, from a judgment of conviction, and sentence, for the felony offense of BURGLARY OF A HABITATION, which judgment was signed on June 6, 2012.

# II. BASIS FOR REQUEST FOR EXTENSION

(A) The current deadline for the State of Texas to file its Appellate Brief is October 14, 2015.

(B) The State of Texas requests an extension of one (1) day to file its brief, until and including October 15, 2015.

(C) The need for extension is based on the following:

The undersigned counsel is the only appellate attorney in the Cameron County District Attorney's Office tasked with the duty of representing the State of Texas in eight district courts and three county courts for pre-trial matters (i.e. search warrants, suppressions), trial issues (i.e. jury charges, researching case law), and direct and post-conviction appeals / writs of habeas corpus. More specifically, counsel states that he mis-calendared the due date of the brief herein. Counsel erroneously believed that the due date for said brief was October 15, 2015. The undersigned Counsel profusely apologizes to this Honorable Court for this error, and makes no excuses for same.

(D) This is the first request for an extension of time the State of Texas has requested in connection with this appeal.

## CONCLUSION & PRAYER

Therefore, based on the above, RESPONDENT, the State of Texas requests that this Court grant an extension of one (1) day within which to file its appellate brief in this proceeding, until October 15, 2015.

Respectfully Submitted,

**LUIS V. SAENZ**
Cameron County District Attorney
964 East Harrison Street, Fourth Floor
Brownsville, Texas 78520-7123
Phone: (956) 544-0849
Fax: (956) 544-0869

By: */s/ René B. González*
**René B. González**
Assistant District Attorney
State Bar No. 08131380
rgonzalez1@co.cameron.tx.us

**Attorneys for the State of Texas**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing State's Motion to Extend Time to File Brief was served upon Mr. Joseph Moreno, Attorney at Law, 23409 El Paso Drive, Harlingen, Texas 78552, j_moreno_02@yahoo.com on the 15th day of October, 2015.


/s/ René B. González
René B. González